No. 71–1659.  MILDER v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 71–1663.  MANFREDONIA v. UNITED STATES.  C. A. 2d Cir.  Certiorari denied.

No. 71–1667.  LOVE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–1670.  BERTRAM YACHT SALES, INC. v. MORON ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 71–1671.  KANSAS CITY v. WEBB ET AL.  Sup. Ct. Mo.  Certiorari denied.

No. 71–1673.  SAILOR ET AL. v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 71–1677.  TUCKER v. BITONTI.  Sup. Ct. Conn. Certiorari denied.

No. 71–1678.  PRIGNANO v. ILLINOIS.  App. Ct. Ill., 1st Dist.  Certiorari denied.

No. 71–1682.  DENNETT v. UNITED STATES ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 71–1685.  UNITED BROTHERHOOD OF CARPENTERS & JOINERS OF AMERICA, LOCAL 169, ET AL. v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–1686.  HARDY, ACTING WARDEN v. VUITCH.  C. A. 4th Cir.  Certiorari denied.

No. 71–1689.  MUIRHEAD v. SPANN.  Sup. Ct. Miss. Certiorari denied.